UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CARL JIMINEZ,

                                                        Plaintiff,          07 Civ. 11601 (RWS)

            -against-

THE CITY OF NEW YORK, et al.,

                                                  Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on January 16, 2008, at approximately 10:10 a.m., at Transit District # 2, West Broadway/Lispenard Street, New York, New York, I served a **Summons and Complaint** upon P.O. Daniel Neira, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit Sgt. Beraud, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: F       Race: W       Hair: long, brown       Approx. Age: 40
Approx. Ht.: 5'5"       Approx. Wt.: average

-2-

That on January 16, 2008, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed to P.O. Daniel Neira at Transit District # 2, West Broadway/Lispenard Street, New York, New York 10038, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:    New York, New York
          January 16, 2008

By:    _____/s_____
       Rose M. Weber  (RW 0515)