UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jiminez

        -v.-

NYC
------------------------------------------------------------X

07 Civ. 11601 (RWS)

Please be advised that the conference scheduled for March 26, 08 has been rescheduled to April 2, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
3/19/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

ROBERT W. SWEET
United States District Judge