UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jimenez

-v.-

NYC

------------------------------------------------------------X

07 Civ. 11601 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

Please be advised that the conference scheduled for April 2, 08 has been rescheduled to May 7, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/2/08

ROBERT W. SWEET
United States District Judge