


**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JESSICA T. COHEN
*Assistant Corporation Counsel*
jccohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

May 7, 2008

**BY FAX**
Honorable Robert Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

Re: <u>Carl Jiminez v. City of New York, et al.</u> 07 Civ. 11601 (RWS)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and the attorney for defendants in the above matter. I am writing to advise the Court that the parties reached a settlement agreement in this matter earlier today, in the amount of Nine Thousand, Five Hundred Dollars ($9,500.00). After speaking with Your Honor's chambers, and in consideration of the fact that today's conference has been adjourned, I am writing to request a control date and status conference at a date and time convenient to the Court in approximately thirty days. Thank you for your consideration herein.

Respectfully submitted,

*So ordered*
*Sweet*
*USDJ*
*5-7-08*

Jessica T. Cohen (JC 0044)
Assistant Corporation Counsel

cc: Rose Weber, Esq. (by fax)
    Attorney for Plaintiff